**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:26-cr-65 |
| | ) | |
| LADANIEL GEE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Andrew Rodovich relating to Defendant Ladaniel Gee's plea of guilty. [DE 20.] Following a hearing, [DE 23] Judge Rodovich found that Defendant understands the charges, his rights, and the maximum penalties; that Defendant is competent to plead guilty; that there is a factual basis for Defendant's plea; and that the Defendant knowingly and voluntarily wishes to enter a plea of guilty to the charges. Judge Rodovich recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to the findings and recommendation.

ACCORDINGLY:

Having reviewed the findings and recommendation concerning the Defendant's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 23] in its entirety.

Defendant Ladaniel Gee is adjudged GUILTY of the charge in the indictment. The

sentencing hearing will be set by a subsequent notice.

SO ORDERED.

ENTERED: November 12, 2026.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE